IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00974-REB-KLM

OJORE N. LUTALO,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"),
LENINOVA FAYDO, in her official and individual capacities, and
JAMES BULLERWELL, II, in his official and individual capacities,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order to Disclose Expert Witnesses** [Docket No. 39; Filed October 28, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [#23] entered on June 16, 2011, is modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline — **November 21, 2011**
- Rebuttal Expert Disclosure Deadline — **January 20, 2012**

    Dated: October 31, 2011