IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00974-REB-KLM

OJORE N. LUTALO,

     Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"),
LENINOVA FAYDO, in her official and individual capacities, and
JAMES BULLERWELL, II, in his official and individual capacities,

     Defendants.
_____

## ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order to Extend Discovery and Dispositive Motion Deadlines** [Docket No. 46; Filed January 20, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [#23] entered on June 16, 2011, is modified to extend the following deadlines:

- Discovery Deadline                     **March 1, 2012**

- Dispositive Motions Deadline         **April 2, 2012**

The Discovery Deadline is extended for the sole purposes of: (1) taking the depositions of George Flores, Ruben Bravo, Leninova Faydo, Sue Blesi, Glen Blesi, and Dave Strano, and (2) resolving currently outstanding written discovery issues.

Further, in consideration of the parties joint request, the Court respectfully

-1-

**RECOMMENDS** that the Trial Preparation Conference set for May 18, 2012 and the Jury Trial scheduled to commence on June 4, 2012 be **vacated** and **reset** to later dates amenable to the District Judge's calendar.

In considering the Recommendation, the District Judge may wish to take note of the joint nature of the parties' requests in the Motion.

Dated:  January 24, 2012

BY THE COURT:

Kristen L.  Mix
United States Magistrate Judge