IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00974-REB-KLM

OJORE N. LUTALO,

     Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"),
LENINOVA FAYDO, in her official and individual capacities, and
JAMES BULLERWELL, II, in his official and individual capacities,

     Defendants.

_____

### ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Second Joint Motion to Modify Scheduling Order to Extend Discovery and Dispositive Motion Deadlines** [Docket No. 51; Filed February 22, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [#23] entered on June 16, 2011, as amended on January 24, 2012 [#48], is modified to extend the following deadlines:

- Discovery Deadline                                **March 30, 2012**

- Dispositive Motions Deadline                 **May 7, 2012**

The Discovery Deadline is extended for the sole purpose of taking the depositions of Leninova Faydo and Dave Strano.

The Court *sua sponte* **VACATES** the Final Pretrial Conference set for May 1, 2012,

and **RESETS** it for **June 18, 2012** at **11:00 a.m.**

Further, in consideration of the parties joint request, the Court respectfully **RECOMMENDS** that the Trial Preparation Conference set for May 18, 2012 and the Jury Trial scheduled to commence on June 4, 2012 be **vacated** and **reset** to later dates amenable to the District Judge's calendar.

In considering the Recommendation, the District Judge may wish to take note of the joint nature of the parties' requests in the Motion.

Dated:  February 23, 2012

BY THE COURT:

Kristen L.  Mix
United States Magistrate Judge