IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00974-REB-KLM

OJORE N. LUTALO,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"),
LENINOVA FAYDO, in her official and individual capacities, and
JAMES BULLERWELL, II, in his official and individual capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File Third Amended Complaint** [Docket No. 60; Filed April 3, 2012] (the "Motion"). Plaintiff seeks leave to amend the Second Amended Complaint to "properly word the assertion of jurisdiction under 28 U.S.C. § 1332 so as to specifically state that the court has jurisdiction over the *state* claims under that statute." *Motion* [#60] at 1-2. Plaintiff also seeks to withdraw his *Bivens* claim against Defendant Amtrak. *See id.* at 2. Plaintiff asserts that Defendants do not oppose these modifications. *See id.*

    IT IS HEREBY **ORDERED** that the Motion [#60] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Court accepts Plaintiff's Third Amended Complaint [#60-1] for filing as of the date of this Minute Order. Defendants shall answer or otherwise respond **on or before April 13, 2012**.

    Dated: April 4, 2012