**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00974-REB-KLM

OJORE N. LUTALO

 Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"),
LENINOVA FAYDO, in her official and individual capacities, and
JAMES BULLERWELL, II, in his official and individual capacities,

 Defendants.

**ORDER ADOPTING RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

 This matter is before me on the **Order and Recommendation of United States Magistrate Judge** [#57][1] filed March 16, 2012. Because no objections to the recommendation have been filed, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no error, much less plain error, in the magistrate judge's recommended disposition of this case, I find and conclude that the recommendation should be approved and adopted as an order of this court.

 **THEREFORE, IT IS ORDERED** as follows:

 1. That the **Order and Recommendation of United States Magistrate Judge**

---

[1] "[#57]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[#57] filed March 16, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2. That the Trial Preparation Conference set for May 18, 2012, and the jury trial set to commence June 4, 2012, are **VACATED** and are **CONTINUED** pending further order of court;

3. That on **April 18, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the Trial Preparation Conference and jury trial in this matter; and

4. That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call to Susan Schmitz, Judicial Assistant to the Honorable Robert E. Blackburn, necessary to facilitate the setting conference.

Dated April 6, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge