IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00974-REB-KLM

OJORE N. LUTALO,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"),
LENINOVA FAYDO, in her official and individual capacities, and
JAMES BULLERWELL, II, in his official and individual capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Fourth Joint Motion to Modify Scheduling Order to Extend Discovery and Dispositive Motion Deadlines** [Docket No. 70; Filed May 2, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#70] is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**. The Court **grants** the parties request to amend the Scheduling Order. Accordingly, the Scheduling Order [#23] entered on June 16, 2011, as amended on January 24, 2012 [#48], February 23, 2012 [#53], and March 16, 2012 [#57], is further modified to extend the following deadlines:

- Discovery Deadline                                  **June 8, 2012**
- Dispositive Motions Deadline                 **July 9, 2012**

The Discovery Deadline is extended for the sole purpose of taking the deposition of Leninova Faydo. **NO FURTHER EXTENSIONS OF TIME WILL BE PERMITTED, in light of the Final Pretrial Conference setting.**

The Court **denies without prejudice** the parties' request for a telephone conference to discuss the trial calendar in light of these extensions. The Magistrate Judge has no control over the Trial Preparation Conference and trial settings on the District Judge's calendar. To the extent that the parties seek to vacate those dates, they should file a motion.

    Dated: May 3, 2012