**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00974-REB-KLM

OJORE N. LUTALO,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") and
JAMES BULLERWELL, II, in his official and individual capacity,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter is before the court on the **Joint Motion To Vacate Trial Preparation Conference and Trial Dates** [#89][2] filed July 31, 2012.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Motion To Vacate Trial Preparation Conference and Trial Dates** [#89] filed July 31, 2012, is **GRANTED**;

2.  That the Trial Preparation Conference set for September 21, 2012, and the jury trial set to commence October 15, 2012, are **VACATED** and are **CONTINUED** pending further order of court;

3.  That on **August 24, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the Final Pretrial Conference, Trial Preparation Conference, and the jury trial in this matter; and

4.  That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated:  August 9, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#89]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.