IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00974-REB-KLM

OJORE N. LUTALO,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"),
LENINOVA FAYDO, in her official and individual capacities, and
JAMES BULLERWELL, II, in his official and individual capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion to Withdraw as Counsel** [Docket No. 106; Filed February 2, 2013] (the "Motion"), filed by Attorney Jennifer S. Harpole ("Harpole"), counsel for Defendants.

    IT IS HEREBY **ORDERED** that the Motion [#106] is **GRANTED**. Attorney Harpole is relieved of any further representation of Defendants in this case. The Clerk of the Court is instructed to terminate Attorney Harpole as counsel of record, and to remove her name from the electronic certificate of mailing. Defendants shall continue to be represented by Attorney Conrad S. Kee.

    Dated:  February 1, 2013