**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00974-REB-KLM

OJORE N. LUTALO,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") and
JAMES BULLERWELL, II, in his official and individual capacity,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court on the **Motion For Leave To File Plaintiff's Supplemental Notice in Support of Plaintiff's Response To Defendants' Motion For Summary Judgment** [#109] filed March 21, 2013.  The motion is **GRANTED**, and **Plaintiff's Notice of Supplemental Notice in Support of Plaintiff's Response To Defendants' Motion For Summary Judgment** [#109-1] is accepted for filing.

    Dated:  March 22, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.