**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00974-REB-KLM

OJORE N. LUTALO,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"),
LENINOVA FAYDO, in her official and individual capacities, and
JAMES BULLERWELL, II, in his official and individual capacity,

    Defendants.

## ORDER CONCERNING RECOMMENDATIONS OF THE MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on the following: (1) the **Order and Recommendation of United States Magistrate Judge** [#48][1] filed January 24, 2012; and (2) the **Order and Recommendation of United States Magistrate Judge** [#53] filed February 23, 2012. Both of the orders concern extension of discovery and other deadlines in this case. The recommendations concern the continuance of the June 4, 2012, trial date in this case. In an order [#65] filed April 6, 2012, I ordered that the June 4, 2012, trial date be vacated and re-set. I granted the trial continuance recommended by the magistrate judge, but did not adopt formally the two recommendations. Given these circumstances, I conclude that the two recommendations now are moot.

---

[1] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#48] filed January 24, 2012, is **TERMINATED** on the docket of this case as moot; and

2. That the **Recommendation of United States Magistrate Judge** [#53] filed February 23, 2012, is **TERMINATED** on the docket of this case as moot.

Dated April 18, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge