**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-00974-REB-KLM

OJORE N. LUTALO,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK")
LENINOVA FAYDO, in her official and individual capacities, and
JAMES BULLERWELL, II, in his official and individual capacity,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#147][1] filed May 16, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice with the parties to pay their own attorney fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss With Prejudice** [#147] filed May 16, 2013, is **GRANTED**;

    2. That any pending motion is **DENIED AS MOOT**; and

    3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated May 20, 2013, at Denver, Colorado.

                  **BY THE COURT:**

                   /s/ Robert E. Blackburn
                   Robert E. Blackburn
                   United States District Judge

---

[1] "[#147]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.